91 A.3d 22

BRUCE KAYE, INDIVIDUALLY AND AS TRUSTEE OF THE BRUCE KAYE, REVOCABLE TRUST, ETC., ET AL., PLAINTIFFS–PETITIONERS, v. ALAN P. ROSEFIELDE, ET AL., DEFENDANTS–RESPONDENTS, AND LA SAMMANA MANAGEMENT, LLC, AND BA MANAGEMENT, LLC, DEFENDANTS, v. DEBORAH KAYE AND 2000 BRUCE KAYE DYNASTY TRUST, THIRD–PARTY DEFENDANTS, AND HOWARD ALTER, ET AL., THIRD–PARTY DEFENDANTS.

May 23, 2014.

ORDERED that the petition for certification is granted limited to the issue of whether the Appellate Division erred by affirming the trial court's holding that economic damages are a necessary prerequisite for disgorgement of the employee's salary.